741 A.2d 82

IN THE MATTER OF ARTHUR T. VAN WART, II, AN ATTORNEY AT LAW.

December 10, 1999.

## ORDER

The Disciplinary Review Board on July 15, 1999, having filed with the Court its decision concluding that **ARTHUR T. VAN WART, II,** formerly of **VINEYARD HAVEN, MASSACHU-SETTS,** who was admitted to the bar of this State in 1972, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(b) (failure to turn over client property) *RPC* 5.5(a) (unauthorized practice of law), and *RPC* 8.1(b) (failure to cooperate with ethics authorities); and good cause appearing;

It is ORDERED that **ARTHUR T. VAN WART, II,** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective January 3, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.